United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) |
| | ) Criminal Case No. 19-20062 |
| Jomar Mozer Pierre, | ) |
| Defendant. | ) |
| | ) |

### Corrected[1] Order Denying Motion for Compassionate Release

Before the Court is Defendant Jomar Mozer Pierre's motion for a sentence reduction/compassionate release under the First Step Act. For the reasons below, the Court **denies** the motion **(ECF No. 93)**.

A Court may consider a defendant's motion for compassionate release "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons . . . to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A).

The Defendant makes no showing that he has exhausted his administrative remedies before the Bureau of Prisons. So, the Court must deny his motion. But even if the Defendant had exhausted those remedies, Section 3582 would also require the Court to find "extraordinary and compelling reasons" to warrant a reduction of the Defendant's sentence. 18 U.S.C. § 3582(c)(1)(A)(i). No such reasons exist here.

The Defendant represents that the COVID-19 pandemic has produced conditions of imprisonment that warrant a finding of "extraordinary and compelling" circumstances. His chief complaints concern staffing shortages and exposure to the virus. (ECF No. 93 at 4). Clearly, neither factor truly results in "extraordinary and compelling" circumstances.

The Defendants' motion is **denied**. **(ECF No. 93.)** The Court instructs the Clerk to mail a copy of this Order to the Defendant at the address on file.

**Done and ordered** at Miami, Florida, on November 10, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

---

[1] This Order corrects a minor typographical error in the Court's previous Order Denying the Defendant's Motion for Compassionate Release. (ECF No. 95.) It also directs the Clerk to mail a copy of this Order to the Defendant. The substance of both Orders, however, is the same. For the avoidance of doubt, the Court hereby **vacates** its previous Order at **ECF No. 95** and enters this one in its stead.